UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DAVID GRAYS, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) No. 4:07CV2117 HEA |
| | ) |
| DWAYNE KEMPKER, | ) |
| | ) |
| Respondent. | ) |

## ORDER OF DISMISSAL

**IT IS HEREBY ORDERED** that petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is **DISMISSED**, without prejudice, because the action is time-barred, as well as successive, and the Eighth Circuit Court of Appeals has not authorized petitioner to bring this action as required by 28 U.S.C. § 2244.

**IT IS FURTHER ORDERED** that petitioner is **DENIED** a certificate of appealability if he appeals this order of dismissal.

Dated this 4th day of February, 2008.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE